■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS TORRES, Appellant. [833 NYS2d 421]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about May 18, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Friedman, McGuire and Malone, JJ.